# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACK N. TEDFORD, INC., A NEVADA CORPORATION; JNT, INC., A NEVADA CORPORATION; JACK N. TEDFORD, III; AND NANCY J. TEDFORD,

Appellants,

vs.

SMS FINANCIAL XXVII, LLC, AN ARIZONA LIMITED LIABILITY COMPANY,

Respondent.

JACK N. TEDFORD, INC., A NEVADA CORPORATION; JNT, INC., A NEVADA CORPORATION; AND JACK N. TEDFORD, III; AND NANCY J. TEDFORD,

Appellants,

vs.

SMS FINANCIAL XXVII, LLC, AN ARIZONA LIMITED LIABILITY COMPANY,

Respondent.

No. 74898

**FILED**

JUL 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 75965

## ORDER DISMISSING APPEALS

Appellants have filed a motion to dismiss these appeals with each side bearing its own attorney fees and costs for the appeals. Respondent does not oppose the dismissal but asks that its right to seek additional attorney fees and costs be preserved. Appellants have not filed a reply.

19-28489

The motion to voluntary dismiss these appeals is granted. These appeals are dismissed. NRAP 42(b). Respondent may seek attorney fees and costs in accordance with any applicable rules or statutes.

It is so ORDERED.

_____, C.J.

cc:   Hon. Jerome M. Polaha, District Judge
      Paul F. Hamilton, Settlement Judge
      Michael C. Lehners
      Leach Kern Gruchow Anderson Song/Reno
      Washoe District Court Clerk